# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. JOHHNY MANUEL SAVALA**     Case No.   4:20-CR-6002-SAB-4

Richland Video Conference
The Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Superseding Indictment:**     04/20/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Benjamin Seal, US Atty [video] |
| ☒ | Pam Howard, Courtroom Deputy [tele] | ☒ | Adam Pechtel, Defense Atty [video] |
| ☒ | Carrie Valencia, US Probation / Pretrial Services Officer [tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody appearing by video from the Benton County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant reviewed but has not received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorney, Adam Pechtel | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO 199c Advice of Penalties/Sanctions filed | | |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by either video or telephone conference.  Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: JOHNNY MANUEL SAVALA.  The first name is misspelled on the charging document.

Defense to file a certification to the Court that Defendant was mailed a copy of the Superseding Indictment.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

Court colloquy with Carrie Valencia and parties regarding scheduling for a detention hearing.

**The Court ordered:**

1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**04/23/2020 @ 11:30 a.m. [R/MKD]**
**(Video Conf)**