Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Stanley A Bastian

| United States of America, | |
|---|---|
| Plaintiff, | No. 4:20-CR-06002-SAB-4 |
| v. | Notice of Appearance |
| Johhny Manuel Savala, | |
| Defendant. | |

To:  Clerk of the Court; and
And to:  United States Attorney's Office

Notice is hereby given of the entry of the undersigned as counsel for Johhny Manuel Savala, Defendant. All further notice and copies of pleadings, papers and other material relevant to this action, other than original service of process, should be directed to and served upon:

Adam R. Pechtel, WSBA #43743
21 N Cascade St, Kennewick, WA 99336
(509) 586-3091

Done this the 21st day of April 2020.

Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant

Notice of Appearance- 1

SERVICE CERTIFICATE

I certify that April 21, 2020, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie A Van Marter, Attorney for Plaintiff

                                        s/Adam R. Pechtel
                                        Adam R. Pechtel/ WSBA #43743
                                        Attorney for Defendant
                                        Pechtel Law PLLC
                                        21 N Cascade St
                                        Kennewick, WA 99336
                                        Telephone: (509) 586-3091
                                        Email: adam@pechtellaw.com