Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Stanley A. Bastian

| | |
|---|---|
| United States of America, | No. 4:20-CR-06002-SAB-4 |
| Plaintiff, | Notice of Compliance |
| v. | |
| Johhny Manuel Savala, | |
| Defendant. | |

Please take notice that the office of Pechtel Law PLLC complied with their obligations to mail a copy of the Superseding Indictment to Defendant Savala at Benton County Jail by first-class mail, postage prepaid, on April 20, 2020.

Dated: April 21, 2020            Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Compliance - 1

## SERVICE CERTIFICATE

I certify that April 21, 2020, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie A Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Compliance - 2