FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY MANUEL SAVALA,<br><br>Defendant. | No. 4:20-CR-06002-SAB-4<br><br>ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |

On Monday, April 20, 2020, Defendant was arraigned on the Superseding Indictment (ECF No. 54). With his consent, Defendant appeared by video from the Benton County Jail represented by court-appointed counsel Adam Pechtel. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant was advised of, and acknowledged the charge against him and the penalties he faces.

**Defense counsel was instructed to file a notice with the Court certifying that Defendant received a copy of the superseding indictment.**

Defendant was advised of, and acknowledged Defendant's rights.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

Defendant pled not guilty.

The Court appointed a member of the Criminal Justice Act panel to represent Defendant (ECF No. 102).

The United States moved for detention (ECF No. 104). A pretrial services report was ordered and a detention hearing was set before **Judge Dimke in Richland, Washington, on Thursday, April 23, 2020, at 11:30 AM.**

**Due to the Court's General Order 20-101-4, the public and media/press can listen to proceedings by calling (866) 590-5005; access code 5864120. Hearing content provided via videoconference or teleconference dial-in access MUST NOT be recorded or rebroadcast.**

Defendant is bound over to Judge Stanley A. Bastian for further proceedings.

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

Until further order of this Court, Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 2

request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this April 21, 2020.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
