# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke

**USA v. JOHHNY MANUEL SAVALA**      Case No.  **2:20-CR-6002-SAB-4**

**Detention Hearing:**     **04/23/2020**

- ☒ Sara Gore, Courtroom Deputy [R]
- ☐ Pam Howard, Courtroom Deputy [Y]
- ☒ Erica Helms, US Probation / Pretrial Services [Tele]
- ☒ Defendant present, in custody appearing from BCJ

- ☒ Stephanie Van Marter, US Atty [Video]
- ☒ Adam Pechtel, Defense Atty [Video]
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

---

- ☒ Defendant continued detained
- ☒ Supplemental Pretrial Service Report Ordered
- ☐ 199C Advice of Penalties/Sanctions

## REMARKS

The Defendant agreed to appear via video conference from the Benton County Jail.

Defense counsel requests a continuance to the afternoon to allow him to review the pretrial service report with the defendant.

Recess: 11:39 a.m.
Reconvened: 2:52 p.m.

USA proffered the pretrial services report and concurs with its recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Colloquy between Court and USA re arrest in December and additional allegations.

Defense counsel argued why the Defendant should be released. Defendant's history and his minor role in the offense, and no passport.

**Court:** Requests more information regarding charges, placement, and would like an in-custody assessment.

**Detention Hearing (1st Cont.):**
**04/30/2020 @ 1:30 p.m. [R/MKD]**
**(Video Conf)**

---

Digital Recording/R-326     Time: 11:34 a.m. - 11:39 a.m.
                                        2:52 a.m. - 3:19 p.m.