FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHNNY MANUEL SAVALA,<br><br>              Defendant. | No. 4:20-CR-06002-SAB-4<br><br>ORDER CONTINUING DETENTION HEARING |

On Thursday, April 23, 2020, the Court conducted a detention hearing in accordance with 18 U.S.C. § 3142(f). With his consent, Defendant appeared by video from the Benton County Jail represented by court-appointed counsel Adam Pechtel. Assistant United States Attorney Stephanie Van Marter represented the United States.

At the hearing, the Court heard the arguments and proffers of counsel. On the Court's motion, the detention hearing was continued to permit the parties and the United States Pretrial Services/Probation Office time to clarify and/or obtain information requested by the Court. Specifically, the Court requested that the

ORDER CONTINUING DETENTION HEARING - 1

1  United States Pretrial Services/Probation Office obtain more information

2  concerning the charges pending against Defendant in Grant County Superior Court

3  (Case Nos. 19-1-00717-13; 20-1-00104-2), and to contact the FBI to obtain

4  clarification as to the criminal history of Defendant's sister's fiancé, with whom

5  Defendant proposes residing. The Court ordered that a supplemental pretrial

6  services report be prepared. The Court further requested that defense counsel take

7  steps to have an in-custody substance abuse assessment conducted.

8  Accordingly; **IT IS ORDERED:**

9      1.  The detention hearing is continued to **Thursday, April 30, 2020, at**

10  **1:30 PM, before Judge Dimke, presiding by video from Richland,**

11  **Washington. Due to the Court's General Order 20-101-4, the public and**

12  **media/press can listen to proceedings by calling (866) 590-5005; access code**

13  **5864120. Hearing content provided via videoconference or teleconference**

14  **dial-in access MUST NOT be recorded or rebroadcast.**

15  DATED April 24, 2020.

16                                 *s/Mary K. Dimke*
                                MARY K. DIMKE

17                         UNITED STATES MAGISTRATE JUDGE

18

19

20

ORDER CONTINUING DETENTION HEARING - 2