1  Adam R. Pechtel / WSBA #43743
   Pechtel Law PLLC
2  21 N Cascade St
   Kennewick, WA 99336
3  Telephone: (509) 586-3091
   Attorney for Defendant
4

5

6                United States District Court
                 Eastern District of Washington
7                Before the Hon. Stanley A Bastian

8  | United States of America, | |
   |---|---|
9  | Plaintiff, | No. 4:20-CR-06002-SAB-4 |
   | v. | |
10 | | Declaration of Adam R. Pechtel |
   | Johhny Manuel Savala, | |
11 | | |
   | Defendant. | |
12

   I, Adam R. Pechtel, declare as follows:
13
   1. I have personal knowledge of the following matters.
14
   2. Attached hereto as Exhibit A is a true and correct copy of a
15
      Substance Abuse Assessment Summary for Defendant Savala
16
      performed by Merit Resource Services.
17
   3. I was advised by Merit Resource Services that they have
18
      obtained an in-patient bed date for Defendant Savala at ABHS
19
      on May 7, 2020.
20

Notice of Appearance- 1

4. At the time I sign this declaration, I am (a) 18 years of age or older, (b) of sound mind, (c) not currently under the influence of any drugs or alcohol, and (d) not married to any person referenced herein.

I declare under the penalty of perjury the foregoing is true and correct.

Executed on this 30 day of April, 2020
                [day]        [month]    [year]

Signature: *Adam R Pechtel*

Print Name: Adam R Pechtel

Notice of Appearance- 2

## SERVICE CERTIFICATE

I certify that April 30, 2020, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie A Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com