

## Substance Use Assessment Summary

| **Patient Name:** | Johnny Savala | **Date Assessment Completed:** 4/28/2020 |
|---|---|---|
| **Date of Birth:** | | |
| **Referent Name:** | Adam Pechtel Attorney at Law | |
| **Address:** | 21 N Cascade Ave<br>Kennewick WA 99336 | |

**Assessment Information Reviewed** (WAC 246-341-0610). **Diagnostic Assessment Using DSM-5 Criteria:**
F 10.20 Severe Alcohol Use Disorder F 14.20 Severe Cocaine Use Disorder F 15.20 Severe Amphetamine Use Disorder

**ASAM (American Society of Addiction Medicine) Level of Care Placement Decision:**
☐ No Intervention Recommended
☐ Level 0.5    Early Intervention
☐ Level 1      Outpatient
☐ Level 2      Intensive Outpatient
☒ Level 3      Residential

**Recommendations:**
☐ None
☐ Enter and complete an Alcohol/Drug Information School at a Certified Substance Use Disorder DOH approved agency. The ADIS course must have no fewer than eight hours of classroom instruction.
☒ Complete and total abstinence from all alcohol and other mood/mind altering substances. It is recommended individuals with a diagnosed substance use disorder only use medications that are FDA (Federal Drug Administration) approved and prescribed by your physician.
☒ Attend and participate in self-help support groups in the community.
☒ Other Interventions Recommended: After client completes inpatient treatment it is recommended that he enters a continumm of care at that time

The Individual was Notified of the Assessment Results, Treatment Options and the Individual's Choice: ☒ Yes ☐ No

THIS ASSESSMENT AND TREATMENT RECOMMENDATIONS ARE VOIDED IF THE PATIENT HAS FAILED TO FULLY AND HONESTLY DISCLOSE INFORMATION REQUESTED OF HIM THROUGHOUT THE ASSESSMENT PROCESS.

_Debra Mains SUDP_

Substance Use Disorder Professional Trainee       Substance Use Disorder Professional       Date: 4/28/2020

**MERIT Resource Services Office Site:**
☐ 702 Franklin Avenue Sunnyside, WA. 98944    Phone: (509) 837-7700    Fax: (509) 839-7311    Certification Number: 39 0141 00
☐ 321 W. First Ave. Toppenish, WA. 98948      Phone :( 509) 865-5233   Fax (509) 865-6505    Certification Number: 39 0141 01
☐ 312 W. Second Street Wapato, WA. 98951      Phone :( 509) 877-7271   Fax (509) 877-3532    Certification Number: 39 0832 00
☐ 315 North 2nd Street Yakima, WA. 98902      Phone :( 509) 469-9366   Fax (509) 469-9926    Certification Number: 39 1078 00
☐ 200 E. 3rd Ave. Ellensburg, WA  98926       Phone: (509) 925-9821    Fax (509) 925-9073    Certification Number: 19 1740 00
☒ 7510 West Deschutes Place Kennewick, WA 99336 Phone: (509) 579-0738 Fax (509) 579-0712 Certification Number: 200470

Cc: File
    Client

PROHIBITION ON REDISCLOSURE

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2) The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release