# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. JOHHNY MANUEL SAVALA**                 Case No.    4:20-CR-6002-SAB-4

**Continue of Detention Hearing:**                                          **04/30/2020**

| | |
|---|---|
| ☒ Sara Gore, Courtroom Deputy [R] | ☒ Stephanie Van Marter, US Atty [Video] |
| ☐ Pam Howard, Courtroom Deputy [Y] | ☒ Adam Pechtel, Defense Atty [Video] |
| ☒ Erica Helms, US Probation / Pretrial Services [Tele] | ☒ Interpreter - **NOT REQUIRED** |
| ☒ Defendant present, in custody appearing from BCJ | ☐ Defendant not present / failed to appear |

| | |
|---|---|
| ☒ Defendant continued detained | ☐ Conditions of Release imposed |
| | ☐ 199C Advice of Penalties/Sanctions |

## REMARKS

The Defendant agreed to appear via video conference from the Benton County Jail.

USA renews the pretrial services report and concurs with its recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Defense counsel argued why the Defendant should be released. Defense has filed a declaration re substance abuse evaluation in which a bed date is available 5/7/2020. Defense argues that there are conditions available to ensure the defendant will appear and not be a danger to the community.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.

---

Digital Recording/R-326          Time:  1:36 p.m. – 1:53 p.m.                          Page 1