Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Stanley A. Bastian

| United States of America, | No. 4:20-CR-06002-SAB-4 |
|---|---|
| Plaintiff, | |
| v. | Motion to Continue Pretrial, Trial and Extend Deadline to File Pretrial Motions |
| Johnny Manuel Savala, | |
| Defendant. | Without oral argument<br>June 10, 2020 at 6:00 PM |

Mr. Savala, through his attorney of record, moves the Court to continue the pretrial conference date currently set for June 17, 2020 to September 9, 2020 and the trial date that is currently set for July 13 to September 28, 2020 at 9:00 AM. Mr. Savala's attorney contacted AUSA Stephanie A. Van Marter and counsel for the co-defendants, Jeremy B. Sporn, Ricardo Hernandez and

Motion to Continue Pretrial,
Trial, And Extend Deadlines -
1

1  Douglas McKinley, who do not object to continuing the pretrial
2  conference and trial date.
3    The reason for this request is that the continuance is necessary
4  to allow a reasonable amount of time to effectively prepare the case
5  for trial pursuant to 18 U.S.C §3161(h)(7)(A) and 18 U.S.C.
6  §3161(h)(7)(B)(i),(iv). Mr. Savala believes a continuance is
7  necessary and acknowledges that any continuance would
8  constitute excludable time under the Speedy Trial Act. Mr. Savala
9  has signed a waiver of speedy trial in support of his request for a
10 continuance, which will be filed with the Court.
11   Counsel for the Government and counsel for co-defendants Lopez
12 Orduno, Garcia and Sanchez have no objection to the following
13 proposed deadlines:
14

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **August 5, 2020** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **Wednesday, September 9, 2020 1:30 PM - Yakima** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **September 14, 2020** |

Motion to Continue Pretrial, Trial, And Extend Deadlines - 2

| | | |
|---|---|---|
| 1<br>2<br>3 | Grand jury transcripts produced to Defendant<br>　　Case Agent:<br>　　CIs:<br>　　Other Witnesses: | **September 14, 2020**<br>**September 14, 2020**<br>**September 14, 2020** |
| 4 | Exhibit lists filed and emailed to the Court | **September 21, 2020** |
| 5 | Witness lists filed and emailed to the Court | **September 21, 2020** |
| 6<br>7 | Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **September 16, 2020** |
| 8 | Exhibit binders delivered to all parties and to the Court | **September 16, 2020** |
| 9 | Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **September 16, 2020** |
| 10 | Trial notices filed with the Court | **September 16, 2020** |
| 11 | Technology readiness meeting (in-person) | **September 21, 2020** |
| 12 | **JURY TRIAL** | **Monday, September 28, 2020 9:00 AM - Richland** |

Dated: May 27, 2020

Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Continue Pretrial, Trial, And Extend Deadlines - 3

1    SERVICE CERTIFICATE

2   I certify that May 27, 2020, I electronically filed the foregoing with

3   the District Court Clerk using the CM/ECF System, which will

4   send notification of such filing to the following:

5

6   Stephanie A. Van Marter, Assistant United States Attorney

7   Jeremy B. Sporn, Attorney for Co-Defendant (1).

8   Douglas E McKinley, Attorney for Co-Defendant (2).

9   Ricardo Hernandez, Attorney for Co-Defendant (5).

10

11   s/Adam R. Pechtel
     Adam R. Pechtel/ WSBA #43743
12   Attorney for Defendant
     Pechtel Law PLLC
13   21 N Cascade St
     Kennewick, WA 99336
14   Telephone: (509) 586-3091
     Email: adam@pechtellaw.com

15

16

17

18

19

20

Motion to Continue Pretrial,
Trial, And Extend Deadlines -
4