Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Stanley A. Bastian

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Johhny Manuel Savala,<br><br>Defendant. | No. 4:20-CR-06002-SAB-4<br><br>Motion to Expedite Hearing on Defendant's Motion to Continue Pretrial, Trial, and Extend Deadline to file Pretrial Motions<br><br>June 3, 2020 at 6:00 PM<br>Without oral argument |
|---|---|

Defendant asks the court to expedite the hearing of Defendant's Motion to Continue Pretrial, Trial and Extend Deadline to File Pretrial Motions, ECF No. 131. This motion comes before the court pursuant to LR 7.1(h)(2(C), which states:

> …To seek an expedited hearing on a time sensitive matter, the moving party must file a motion to expedite which: 1) demonstrates good cause; 2) states the position of the

Motion to Expedite - 1

opposing pro se party or counsel; and 3) sets a date of hearing that is not less than 7 days after the motion's filing.

Defendant's counsel has spoken with opposing counsel and counsel for the co-defendants, who do not object to continuing the pretrial conference and trial date. The date of hearing for this motion is seven or more days after the motion's filing.

Dated: May 27, 2020                    Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Expedite - 2

SERVICE CERTIFICATE

I certify that May 27, 2020, I electronically filed the foregoing Motion to Expedite with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie A Van Marter, Attorney for Plaintiff

Jeremy B. Sporn, Attorney for Co-Defendant (1).

Douglas E McKinley, Attorney for Co-Defendant (2).

Ricardo Hernandez, Attorney for Co-Defendant (5).

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Expedite - 3