# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>Johnny Savala<br>　　　　　Defendant. | No. 4:20-cr-06002-SAB-4<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from ___7/13/2020___ to ___9/28/2020___. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: ___May 26 2020___

Adam R. Pechtel
_____
Printed Name of Attorney

_____
Counsel for Defendant

Date: ___5/26/2020___

_____
Interpreter

WAIVER OF SPEEDY TRIAL