FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JOHHNY MANUEL SAVALA,<br><br>                Defendant. | NO. 4:20-CR-06002-SAB-4<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING** |

Before the Court is Defendant's Motion for An Order Continuing the Sentencing Hearing, ECF No. 294, and related Motion to Expedite. ECF No. 295. These motions were heard without oral argument. Defendant is represented by Adam Pechtel. The United States is represented by Stephanie Van Marter.

Defendant Salva asks that his sentencing hearing be continued to allow him time to clear up two outstanding detainers from Grant County Superior Court. He indicates he also needs additional time to review the Draft PSIR, consider and file objections, and gather other materials for use at the sentencing hearing. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for An Order Continuing the Sentencing Hearing, ECF No. 294, is **GRANTED.**

2. Defendant's Motion to Expedite, ECF No. 295, is **GRANTED.**

3. The sentencing hearing set for May 5, 2021 is continued to **August 11, 2021**, at **10:00 a.m.**, in **Yakima**, Washington.

**ORDER GRANTING MOTION TO CONTINUE SENTENCING** ~ 1

4. The deadlines set forth in ECF No. 240 are adjusted according to the new sentencing hearing date.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 16th day of April 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONTINUE SENTENCING** ~ 2