# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JOHHNY MANUEL SAVALA,<br><br>Defendant. | Case No. 4:20-CR-6002-SAB-4<br><br>**CRIMINAL MINUTES**<br><br>DATE: NOVEMBER 10, 2021<br><br>LOCATION: YAKIMA, WA<br><br>SENTENCING HEARING |

| Chief Judge Stanley A. Bastian | | |
|---|---|---|
| Michelle Fox<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Marilynn McMartin<br>**Court Reporter** |
| Stephanie Van Marter<br><br>**Government Counsel** | | Adam Pechtel<br><br>**Defense Counsel** |
| **United States Probation Officer:** Sean Carter | | |

[X] Open Court   [ ] Chambers   [ ] Video/Telecon

Defendant present and in custody of the U.S. Marshal.

S. Van Marter presents argument and outlines recommendations.

Defendant plays a video.

A. Pechtel presents argument and outlines recommendations. Recommend RDAP. Recommend a facility to assist defendant in exiting the gang life. Substance abuse and mental health counseling.

Defendant speaks to the Court.

Court outlines the 3553 factors.

Imprisonment: 70 months. Credit for time served.

Supervised Release: 5 years with the standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**[ X ] ORDER FORTHCOMING**

| CONVENED: 11:35 A.M. | ADJOURNED: 12:23 P.M. | TIME: 48 MIN. | CALENDARED [ X ] |
|---|---|---|---|

*United States –vs- J. Savala*   November 10, 2021
4:20-CR-6002-SAB-4   Page 2
Sentencing Hearing

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

6. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

SPA: $100

Fine: Waived

Recommend RDAP. Recommend a facility to assist defendant in exiting the gang.

Waiver of right to appeal discussed.