PROB 12C
(6/16)

Report Date: May 23, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johhny Manuel Savala          Case Number: 0980 4:20CR06002-SAB-4

Address of Offender: ███████████████, Airway Heights, Washington 99001

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 10, 2021

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a) (1), (B)(1)(A) and 846 |
| Original Sentence: | Prison - 70 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie Van Marter |
| | Date Supervision Commenced: March 27, 2024 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: March 26, 2029 |

## PETITIONING THE COURT

To issue a warrant.

On March 28, 2024, Mr. Savala's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by using methamphetamine on or about April 14, 2025. |
| | On April 18, 2025, Mr. Savala reported to the U.S. Probation Office as directed. It was at that time he provided a urinalysis that tested presumptive positive for methamphetamine. Mr. Savala admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about April 14, 2025. |
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Savala, Johhny Manuel**
**May 23, 2025**
**Page 2**

        **Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by using methamphetamine on or about April 23, 2025.

        On April 24, 2025, Mr. Savala reported to the U.S. Probation Office as directed. It was at that time he provided a urinalysis that tested presumptive positive for methamphetamine. Mr. Savala admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about April 23, 2025.

3        **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by using methamphetamine on or about May 3, 2025.

        On May 6, 2025, the undersigned reported to Mr. Savala's residence. It was at that time he admitted to the undersigned, and via a signed document, that he last used methamphetamine or about May 3, 2025.

4        **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by using methamphetamine on or about May 19, 2025.

        On May 22, 2025, Mr. Savala provided a urinalysis at Pioneer Human Services that tested presumptive positive for methamphetamine. Mr. Savala admitted to the undersigned that he last used methamphetamine on or about May 19, 2025.

5        **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

        **Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by being untruthful to the undersigned's questions on May 22, 2025, in respect to his employment status.

        On May 22, 2025, the undersigned spoke with Mr. Savala via telephone and questions were asked about his current employment status. Mr. Savala stated that his previously reported suspension was over and he had returned back to work and the telephone call was terminated. The undersigned and Mr. Savala spoke again via telephone approximately 13 minutes after the call was terminated and he continued to represent that he was gainfully employed though upon further questioning he ultimately admitted that he was in fact terminated from his employer and that he was just embarrassed to relay this information. Mr. Savala apologized to the undersigned about his dishonesty.

Prob12C

Re: Savala, Johhny Manuel
May 23, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 23, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/27/2025
Date