PROB 12C
(6/16)

Report Date: May 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johhny Manuel Savala | Case Number: 0980 4:20CR06002-SAB-4 |
| Address of Offender: ▮▮▮▮▮ Airway Heights, Washington 99001 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 10, 2021 | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a) (1), (B)(1)(A) and 846 |
| Original Sentence: Prison - 70 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie Van Marter | Date Supervision Commenced: March 27, 2024 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: March 26, 2029 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 23, 2025.

On March 28, 2024, Mr. Savala's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by using methamphetamine on or about May 26, 2025. |
| | On May 30, 2025, Mr. Savala reported to the U.S. Probation Office as directed and it was at this time he provided a urinalysis that tested presumptive positive for methamphetamine. Mr. Savala reported to the undersigned and via a signed document that he last used methamphetamine on or about May 26, 2025. |

Prob12C
Re: Savala, Johhny Manuel
May 30, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 30, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stan Bastian

Signature of Judicial Officer

5/30/2025
Date