PROB 12C
(6/16)

Report Date: September 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2025

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision    ECF No. 471

| | |
|---|---|
| Name of Offender: Johhny Manuel Savala | Case Number: 0980 4:20CR06002-SAB-4 |
| Address of Offender: ▇▇▇▇▇ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 10, 2021 | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a) (1), (B)(1)(A) and 846 |
| Original Sentence: Prison - 70 months
TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: March 27, 2024 |
| Defense Attorney: Amy H. Rubin | Date Supervision Expires: March 26, 2029 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/23/25 and 05/30/2025.

On March 28, 2024, Mr. Savala's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Savala violated the terms and conditions of his supervised release by using methamphetamine on or about September 9, 2025.

On September 10, 2025, Mr. Savala reported to the U.S. Probation Office as directed. Prior to reporting to the U.S. Probation Office, Mr. Savala informed the undersigned that he relapsed on methamphetamine on September 9, 2025. Upon reporting to the U.S. Probation Office, Mr. Savala provided a urinalysis that tested presumptive positive for methamphetamine and he signed an admission statement noting that he last used methamphetamine on or about September 9, 2025. |

Prob12C
Re: Savala, Johhny Manuel
September 12, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:　September 12, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[X]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[X]　Defendant to appear before the Magistrate Judge.
[ ]　Other

*Stan Bastian*

Signature of Judicial Officer

9/15/2025

Date