PROB 12C
(6/16)

Report Date:  May 5, 2026

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2026

SEAN F. McAVOY, CLERK

ECF No. 516

Name of Offender: Johhny Manuel Savala          Case Number: 0980 4:20CR06002-SAB-4

Address of Offender: ██████████████████  Spokane, Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 10, 2021

Original Offense:          Conspiracy to Possess with Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a) (1), (B)(1)(A) and 846

Original Sentence:          Prison - 70 months          Type of Supervision: Supervised Release
                             TSR - 60 months

Revocation Sentence:       Prison - credit for time served
(March 19, 2026)           TSR - 48 months

Asst. U.S. Attorney:       Alison L. Gregoire          Date Supervision Commenced: April 16, 2026

Defense Attorney:          Amy H. Rubin                Date Supervision Expires: April 15, 2030

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: On April 16, 2026, Mr. Savala was released from custody following the revocation sentence imposed on March 19, 2026. Mr. Savala failed to report as directed within 72 hours. Extensive efforts were made to contact Mr. Savala in the following weeks, which proved to be unsuccessful. |
| 2 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
**Re: Savala, Johnny Manuel**
**May 5, 2026**
**Page 2**

**Supporting Evidence**: On April 30, 2026, the undersigned attempted to establish contact with Mr. Savala at his listed address, 1825 South Inland Empire Way in Spokane, Washington. The undersigned made contact with an individual at this address who indicated that he and Mr. Savala had been roommates at this address prior to his incarceration, but stated that Mr. Savala did not return after his release from custody.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/05/2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/5/2026
_____
Date